IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>JACK DAVIS CARTER,<br><br>       Defendant. | No. 1:04-cr-05306-AWI-DLB<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced to Time Served on August 26, 2013,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   August 27, 2013                    _____
                                              SENIOR DISTRICT JUDGE