HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JACK CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:04-cr-05306 AWI-DLB-1 |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY RELEASE ORDER |
| v. | |
| JACK DAVIS CARTER, | |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their respective counsel of record herein, Assistant United States Attorney David Gappa, counsel for Plaintiff, and Assistant Federal Defender Marc Days, counsel for Defendant, that the order to release defendant be modified to state defendant is to be released on August 28, 2013.

///
///
///
///
///
///
///

|   |   |
|---|---|
|   | Respectfully Submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  August 27, 2013 | By:  /s/  David Gappa<br>DAVID GAPPA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Public Defender |
| DATED:  August 27, 2013 | By:  /s/  Marc Days<br>MARC DAYS<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JACK CARTER |

**O R D E R**

IT IS SO ORDERED.

Dated:  August 27, 2013

_____
SENIOR  DISTRICT  JUDGE

Carter Stipulation and Order
to Modify Release Order                               2