IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:04-CR-05306-AWI-DLB |
| ) | |
| vs. ) | AMENDED ORDER OF RELEASE |
| ) | |
| JACK DAVIS CARTER, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced to Time Served on August 26, 2013,

IT IS HEREBY ORDERED that the defendant shall be released on August 28, 2013. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: August 27, 2013

_____
SENIOR DISTRICT JUDGE

1