HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561



FILED

JUN 11 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JACK DAVIS CARTER,

Defendant.

Case No. 1:04-cr-05306 AWI-DLB

**APPLICATION AND [PROPOSED] ORDER RE-APPOINTING CJA PANEL COUNSEL MARC DAYS**

Defendant, Jack Davis Carter, through the Federal Defender for the Eastern District of California, hereby requests re-appointment of CJA Panel Counsel Marc Days for continuity in seeking early termination of his supervised release.

Mr. Carter submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. On August 15, 2006, Mr. Carter pled guilty to Count 1 of the Amended Superseding Indictment, namely, 18 U.S.C. § 2422(b) ~ Use of Facility of Interstate Commerce to Induce Minor to Engage in Criminal Sexual Activity (Doc. 29). On October 31, 2006, Mr. Carter was sentenced to 60 months custody and 180 months supervised release (Doc. 30).

On April 11, 2012, Mr. Carter admitted a Supervised Release Violation (Doc. 46). On June 4, 2012, Mr. Carter was sentenced to six months custody and 173 months supervised release (Doc. 52). On June 3, 2013, Mr. Carter admitted a Supervised Release Violation (Doc. 66). On August 26, 2013, Mr. Carter was sentenced to nine months custody, given credit for time served and ordered released forthwith, and 165 months supervised release (Doc. 70).

1  Therefore, after reviewing Mr. Carter's Financial Affidavit, it is respectfully recommended that
2  CJA Panel Counsel Marc Days be re-appointed to assist him.

Dated: June 11, 2019

*/s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby re-appoints CJA Panel Counsel Marc Days pursuant to 18 U.S.C. § 3006A.

Dated: June 11, 2019

_/s/ Barbara A. McAuliffe_
HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge