# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JACK DAVIS CARTER,<br><br>Defendant | CASE NO. 1:04-CR-5306 AWI<br><br>ORDER FOR RESPONSE TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

On September 16, 2019, Defendant Jack Carter filed a motion for early termination of supervised release. The request for early termination is based largely on Defendant's current medical condition, which involves a medical recommendation for hospice care. The Court finds that it is appropriate for the United States and the United States Probation Office for the Eastern District of California to file a response, and for Defendant to be given the opportunity to file a reply.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States and the United States Probation Office for the Eastern District of California shall file a response to Defendant's motion within fourteen (14) days of service of this order;[1]

2. Defendant may file a reply to the United States' response within seven (7) days of service of the United States' response;[2] and

---

[1] Factors identified in 18 U.S.C. § 3553 are to be considered in evaluating a request for early termination. To the extent that the United States or the United States Probation Office opposes early termination, their response shall specifically address the relevant factors.

[2] If, after review of the submissions of the parties, the Court determines that a hearing is necessary, the Court will set a hearing date at that time.

3. The Clerk shall serve a copy of this order and a copy of Defendant's motion (Doc. No. 78) on the United States Probation Office for the Eastern District of California.

IT IS SO ORDERED.

Dated: September 18, 2019

SENIOR DISTRICT JUDGE